

# THE THIRTEENTH COURT OF APPEALS

### 13-20-00056-CV

Oscar Garza Jr.
v.
Salomon Tamez Jr., Sal-Est Incorporated DBA Carfinders and Carfinders Car Rental,
L.L.C.

On Appeal from the
County Court at Law No. 8 of Hidalgo County, Texas
Trial Court Cause No. CL-18-1615-H

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

March 12, 2020